detaining him for further investigation. *See Terry v. Ohio, supra,* 392 U.S., at 21, 88 S.Ct., at 1880, and *Montoya v. State,* 625 S.W.2d 25, 29 (Tex.App.—San Antonio 1981). Upon finding the items discarded on the roadside and confirming that they had come from the robbery, Cannon had sufficient basis to justify a reasonable person in concluding that appellant had committed the robbery, which is the standard for probable cause to arrest. *Lewis v. State,* 598 S.W.2d 280, 284 (Tex.Cr.App.1980). Under Tex.Code Crim.Pro.Ann. art. 14.03 (Vernon 1977), he had authority to do so without a warrant. *Hamel v. State,* 582 S.W.2d 424, 427 (Tex.Cr.App.1979). Appellant's third ground of error is overruled.

The judgment is affirmed.

Appellant's counsel has filed a brief in which he has concluded that the appeal is frivolous and without merit. Counsel reports that after a diligent review of the record, he was unable to advance any grounds which would arguably support reversal. Appellant's counsel does set out one possible ground of error, but admits that no authority could be found to substantiate the point.

A copy of counsel's brief has been delivered to the appellant, but, no pro se brief has been filed.

We have reviewed the record and agree that the appeal is without merit. Furthermore, we have found no fundamental error. We do, however, commend appellant's counsel for his frank evaluation of the record. Such candor and forthrightness before an appellate court is refreshing.

The judgment of the trial court is affirmed.

Pedro **RODRIGUEZ**, Appellant,

v.

**STATE** of Texas, Appellee.

No. 13–81–369–CR.

Court of Appeals of Texas, Corpus Christi.

May 20, 1982.

Amador C. Garcia, Corpus Christi, for appellant.

Aubrey R. Williams, Wm. B. Mobley, Jr., Dist. Atty., Corpus Christi, for appellee.

Before NYE, C. J., and YOUNG and GONZALEZ, JJ.

YOUNG, Justice.

Appellant pled not guilty to the offense of attempted capital murder. He was found guilty and the jury assessed punishment at ten years confinement in the Texas Department of Corrections.

**Tommy LECK and Barbara Leck,**
**Individually and dba Everman**
**Ins. Agency, Appellants,**

v.

**EMPLOYERS CASUALTY COMPANY,**
et al., Appellees.

No. 2–81–026–CV.

Court of Appeals of Texas,
Fort Worth.

June 3, 1982.

